UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. 1:11-CV-00674

MARTHA AKERS,

Appellant,

v.

WINDWARD CAPITAL CORPORATION AND
MOORING FINANCIAL CORPORATION,

Appellees.

On Appeal from the United States Bankruptcy Court
for the District of Columbia
(Hon. Judge S. Martin Teel, Jr.)
Adversary Case No. 10-10006

APPELLEES' RESPONSE TO "AMENDED ANSWER" OF APPELLANT

WINDWARD CAPITAL CORPORATION
AND MOORING FINANCIAL CORPORATION

JUSTIN P. FASANO, ESQUIRE
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-3385
*Attorney for Appellees*
*Windward Capital Corporation and*
*Mooring Financial Corporation*

## RESPONSE TO AMENDED APPELLANT BRIEF

On April 5, 2011, the Appellant Martha Akers' ("Appellant") filed a Notice of Appeal from the order of the United States Bankruptcy Court for the District of Columbia granting summary judgment to Windward Capital Corporation ("Windward") and Mooring Financial Corporation ("Mooring," and collectively with Windward, "Appellees") on Appellant's Complaint against Appellees. On April 22, 2011, Appellant filed a brief in support of her appeal. Dkt. No. 4. On May 6, 2011, Appellees filed their Brief of Appellees, in response to the arguments raised in Appellant's brief. On May 25, 2011, Appellant filed a brief titled "Amended Answer of Appellant, which the Court has docketed as an Amended Appellant Brief (the "Amended Appellant Brief"). The Amended Appellant Brief raised all of the same of the arguments as the Appellant's first brief. Accordingly, Appellees file this response as a precautionary measure. Appellees incorporate all of the arguments raised in their Brief of Appellee, as if they were set forth fully herein, and again respectfully request that this appeal be dismissed.

Dated: June 10, 2011                                Respectfully submitted,

/s/ Justin P. Fasano
Justin. P. Fasano, Esquire (DC Bar ID # MD21201)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042
jfasano@wtplaw.com
*Attorney for Appellees, Windward Capital
Corporation and Mooring Financial Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2011, a copy of this Appellees' Response to "Amended Answer" of Appellant was served by first-class mail, postage prepaid, on:

Martha A. Akers
1319 Fairmont Street, NW
Washington, DC 20009
*Pro Se*

           */s/ Justin P. Fasano*
           Justin. P. Fasano

*1957502*